UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>       Plaintiff,<br><br>v.<br><br>WHITAKER, *et al.*,<br><br>       Defendants. | Case No. 24-cv-11270<br>Honorable Thomas L. Ludington<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER REQUIRING PARTIES TO MEET AND CONFER UNDER RULE 26(f) AND SETTING SCHEDULING CONFERENCE

Federal Rule of Civil Procedure 26(f) requires parties to meet and confer about "the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." The parties must meet and confer as required under Rule 26(f) by **March 17, 2025**, and must submit a joint discovery plan by **March 24, 2025**. The Court will hold a scheduling conference on April 1, 2025, at 10:00 a.m.

                  s/Elizabeth A. Stafford
                  ELIZABETH A. STAFFORD

United States Magistrate Judge

Dated: February 24, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 24, 2025.

s/Davon Allen<br>
DAVON ALLEN<br>
Case Manager