UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>     Plaintiff,<br><br>v.<br><br>WHITAKER, *et al.*,<br><br>     Defendants. | Case No. 24-11270<br>Honorable Thomas L. Ludington<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING HARDY'S MOTION TO EXTEND (ECF NO. 90), STRIKING HARDY'S SECOND AMENDED COMPLAINT (ECF NO. 79), DENYING HARDY'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (ECF NO. 81), AND STRIKING HARDY'S MOTION FOR PHYSICAL AND MENTAL EXAMINATION (ECF NO. 88)**

Plaintiff Gregory Hardy requests a six-day extension to file his amended complaint. ECF No. 90. Since Hardy's motion for more time was made before the current deadline, the good cause standard applies. *See* Fed. R. Civ. P. 6(b)(1)(A) (court may grant an extension for good cause if the request is made before the original deadline). Hardy requested more time because he only recently made contact with this district's pro se clinic. ECF No. 90, PageID.734. The clinic has been providing Hardy with limited assistance in drafting his amended complaint but encountered several logistical challenges which have since been resolved. *Id*. Because Hardy

has shown good cause for an extension, the Court **GRANTS** his motion. Hardy must file an amended complaint consistent with the Court's orders by **April 29, 2025**.

The Court **STRIKES** Hardy's second amended complaint (ECF No. 79) and **DENIES** his motion for leave to amend his complaint (ECF No. 81) as moot. Since, Hardy intends to withdraw his motion for physical and mental examination, the Court **STRIKES** this motion (ECF No. 88). *See* ECF No. 87.

Dated: April 25, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 25, 2025.

                                          <u>s/Davon Allen</u>
                                          DAVON ALLEN
                                          Case Manager