UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>    Plaintiff,<br><br>v.<br><br>WHITAKER, *et al.*,<br><br>    Defendants. | Case No. 24-11270<br>Honorable Thomas L. Ludington<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER DIRECTING HARDY TO SERVE DEFENDANT DESHAWN PERRY

During a status conference on April 30, 2025, counsel for Deshawn Perry agreed to accept service by mail on his client's behalf. Hardy must serve Perry by mailing a copy of the summons and complaint to Perry's attorney by **May 7, 2025**. The parties then must appear for a scheduling conference on **May 13, 2025, at 10:30 a.m**.

**IT IS SO ORDERED**.

Dated: May 4, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

**NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 4, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
