UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>      Plaintiff,<br><br>v.<br><br>WHITAKER, *et al.,*<br><br>      Defendants. | Case No. 24-11270<br>Honorable Thomas L. Ludington<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER AFTER STATUS CONFERENCE
### (NOS. 109, 141, 147)

Plaintiff Gregory Hardy sues under 42 U.S.C. § 1983. ECF No. 93. The Honorable Thomas L. Ludington referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 10.

For the reasons stated on the record on September 10, 2025, the Court **ORDERS** that:

1) The Federal Pro Se Legal Assistance Clinic's motion to withdraw (ECF No. 147) is **GRANTED;**

2) Defendants' motion for discovery sanctions (ECF NO. 141) is **DENIED AS MOOT WITHOUT PREJUDICE**;

3) The portion of this Court's motion practice order (ECF No. 108) that requires the parties to request a status conference before filing a discovery motion is **SUSPENDED;**

4) Hardy's response to Defendants' motion to dismiss (ECF No. 142) is due on **September 19, 2025**; and

5) Hardy's response to Defendants' motion to strike and quash Dr. Shamin's notice and deposition (ECF No. 140) is due on **September 18, 2025**, and Defendants' reply is due **September 25, 2025.**

Dated: September 15, 2025

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

# NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2025.

                                         s/Davon Allen
                                         DAVON ALLEN
                                         Case Manager