UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>       Plaintiff,<br><br>v.<br><br>WHITAKER, *et al.*,<br><br>       Defendants. | Case No. 24-11270<br>Honorable Thomas L. Ludington<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING
PLAINTIFF'S MOTION FOR RECONSIDERATION
(ECF NO. 184)**

Plaintiff Gregory Hardy, proceeding pro se, sues law enforcement officials with the Flint Police Department and the Genessee County Jail under 42 U.S.C. § 1983.  ECF No. 1.  The Honorable Thomas L. Ludington referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 10.  This Court recently denied Hardy's motion for leave to file a third amended complaint for several reasons, including that adding the proposed new defendants would lead to misjoinder.  ECF No. 179, PageID.1793, 1802-1803.  In making that finding, the Court considered whether a permissive joinder was allowed under Federal Rule

1

of Civil Procedures 20(a)(2). *Id*. Hardy now moves for leave to move for permissive joinder under Rule 20. ECF No. 184. The Court construes this as a motion for reconsideration of the denial of Hardy's motion for leave to file his proposed third amended complaint.

"Courts will generally entertain a motion for reconsideration only when there has been an intervening change in the controlling law, when new evidence has become available, or when there is a need to correct a clear error or prevent manifest injustice." *Carter v. Robinson*, 211 F.R.D. 549, 550 (E.D. Mich. 2003) (cleaned up). Hardy has failed to show that reconsideration is warranted under that standard. The Court thus **DENIES** Hardy's motion for leave to file a motion for permissive joinder. ECF No. 184.

**IT IS SO ORDERED**.

Dated: October 30, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The

2

district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
