UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WHITAKER, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 24-11270<br>Honorable Thomas L. Ludington<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER STAYING CASE
### PENDING DECISION ON REPORT AND
### RECOMMENDATION TO DISMISS ACTION
### UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(B)

Plaintiff Gregory Hardy, proceeding pro se and in forma pauperis, sues under 42 U.S.C. § 1983, alleging violations of his rights under the Fourth, Eighth, and Fourteenth amendments. ECF No. 93. The Honorable Thomas L. Ludington referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 10.

This Court has issued a report and recommendation (R&R) that recommends that this action be dismissed under Federal Rule of Civil Procedure 41(b). The Court **STAYS** all proceedings pending Judge Ludington's decision on the R&R and **ORDERS** that the parties file no

1

documents on the docket except objections to the R&R and responses to such objections.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: January 12, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

**CERTIFICATE OF SERVICE**

    The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 12, 2026.

                              s/Davon Allen
                              DAVON ALLEN
                              Case Manager